April 1, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE PATRICIA LORRAINE HOPSON,

NO. 14-13-01054-CR

_____

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately. We further order this decision certified below for observance.